UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE STEVEN BONILLA,<br><br>    Petitioner. | No. 2:18-cv-2376 KJN P<br><br>ORDER |

  Petitioner is a state prisoner, proceeding without counsel. Petitioner's pleading is titled, "F.R.C.P. 60(b)(4) Void Judgment, 60(b)(3), Fraud Upon the Court." In this pleading, petitioner states that he is challenging, for cause, Glenn County Judge Donald Cole Byrd. After reviewing this pleading, the undersigned finds that petitioner is challenging the validity of his conviction. Accordingly, the undersigned construes petitioner's pleading as a habeas corpus petition pursuant to 28 U.S.C. § 2254.

  Petitioner has not filed a request to proceed in forma pauperis or paid the court's filing fee.

  Petitioner is incarcerated in San Quentin State Prison and was convicted in Alameda County. Both San Quentin State Prison in San Quentin, California, and Alameda County, California, are in an area embraced by the United States District Court for the Northern District of California.

  Pursuant to 28 U.S.C § 2241(d), courts in both the district of conviction and the district of confinement have concurrent jurisdiction over applications for habeas corpus filed by state

1

prisoners. Because petitioner was not convicted in this district, and is not presently confined here, this court does not have jurisdiction to entertain the application.

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Northern District of California. 28 U.S.C. § 2241(d); 28 U.S.C. § 1406(a).

Dated: September 12, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Bon2376.tra

2